**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1280**

_____

ARLENE J. HOFFMAN,

                               Plaintiff - Appellant,

    versus

JAMES E. OESTERREICHER, President of J.C.
Penney Company, Incorporated; EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION; J.C. PENNEY COMPANY,
INCORPORATED,

                               Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-1532-A)

_____

Submitted: July 25, 2002          Decided: July 31, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Arlene J. Hoffman, Appellant Pro Se. Celeste deLorge Flippen, J.C.
PENNEY COMPANY, INCORPORATED, Plano, Texas; Claude David Convisser,
Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arlene J. Hoffman appeals the district court's order dismissing her civil action without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hoffman v. Oesterreicher, No. CA-01-1532-A (E.D. Va. filed Feb. 7, 2002 & entered Feb. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED